UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

Case No. 0:23-cv-60599-RS

VITAL PHARMACEUTICALS, INC., and
JHO INTELLECTUAL PROPERTY
HOLDINGS, LLC,

   Plaintiffs,

v.                Adv. Pro. No 23-01031

ORANGE BANG, INC., and MONSTER
ENERGY COMPANY,

   Defendants.
_____/

**PLAINTIFFS' OPPOSITION TO EMERGENCY JOINT MOTION OF MONSTER ENERGY COMPANY AND ORANGE BANG, INC. FOR STAY OF BANKRUPTCY COURT PROCEEDING OR CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT PENDING DECISION ON MOTION TO WITHDRAW REFERENCE AND TRANSFER**

Vital Pharmaceuticals, Inc. and JHO Intellectual Property Holdings, LLC (collectively, "Plaintiffs"), each a Debtor in the jointly administered chapter 11 cases styled *In re Vital Pharmaceuticals, Inc., et.al.,* Case No. 22-17842-PDR (the "Chapter 11 Cases"), hereby submit this opposition to the *Emergency Joint Motion of Monster Energy Company and Orange Bang, Inc. for Stay of Bankruptcy Court Proceeding or Continuance of Hearing on Motion for Summary Judgment Pending Decision on Motion to Withdraw Reference and Transfer* [ECF No. 5] (the "Motion")[1] filed by Orange Bang, Inc. ("Orange Bang") and Monster Energy Company

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1

US_DOCS\140358979.1

("Monster") (collectively, "Defendants"). In support of this opposition, Plaintiffs respectfully state as follows:

## OPPOSITION

1.      Defendants seek a stay of the ongoing adversary proceeding before the Bankruptcy Court pending this Court's resolution of their Motion to Withdraw Reference and Transfer or, in the alternative, to continue the agreed upon and scheduled March 29, 2023 hearing on Plaintiffs' motion for summary judgment. To be clear, there is no emergency warranting the expedited relief requested by Defendants.

2.      Defendants filed the same request before the Bankruptcy Court. The Bankruptcy Court held a hearing on March 22, 2023 to consider the relief requested by Defendants, and on March 23, 2023, issued a bench ruling (the "Bench Ruling") denying Defendants' request for a stay or continuation of the March 29, 2023 hearing.[2] For the reasons already briefed and argued before the Bankruptcy Court, Defendants' Motion should be denied.

3.      Under Rule 5011(c) of the Federal Rules of Bankruptcy Procedure, the "granting of a stay should be the exception—not the general rule." *In re The Antioch Co.*, 435 B.R. 493, 496 (Bankr. S.D. Ohio 2010); *NBV Loan Acquisition, LLC v. Lexi Dev. Co., Inc.*, No. 19-20188, 2019 WL 266404, at 1 (S.D. Fla. Jan. 18, 2019) (stating that "Bankruptcy Rule 5011(c) provides explicitly that proceedings are not stayed merely by filing a motion to withdraw the reference"); *Sec. & Exch. Comm'n v. Pension Fund of Am., L.C.*, No. 05-20863-CIV, 2005 WL 8156247, at 2 (S.D. Fla. Nov. 7, 2005) (same). Defendants, as movants, bear the burden of proof in establishing that a stay is proper. *See id.* (stating that "[p]ursuant to Rule 5011, the moving party bears the burden of proof in demonstrating to this Court that a stay of these proceedings pending a

---

[2]  The Bankruptcy Court's Bench Ruling is attached hereto as **Exhibit A**.

determination of the Motion to Withdraw the Reference would be proper"); *NBV Loan Acquisition, LLC*, No. 19-20188, 2019 WL 266404, at 1 (same).

4. As detailed in the Bankruptcy Court's Bench Ruling, Defendants' have failed to meet their burden that a stay is appropriate. Plaintiffs respectfully submit that the reasons outlined in the Bankruptcy Court's Bench Ruling conclusively addresses the question whether this matter should be stayed pending resolution of the Motion to Withdraw and Transfer: it should not.

I.    CONCLUSION

5. For all the foregoing reasons and as detailed in the Bench Ruling, Plaintiffs respectfully request that this Court deny the Motion.

| | |
|---|---|
| Dated:   March 28, 2023<br>         Miami, Florida | Respectfully submitted,<br><br>*/s/ Jordi Guso* |

George A. Davis (admitted *pro hac vice*)  
Hugh K. Murtagh (admitted *pro hac vice*)  
Tianjiao ("TJ") Li (admitted *pro hac vice*)  
Brian S. Rosen (admitted *pro hac vice*)  
Jonathan J. Weichselbaum (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone:  (212) 906-1200  
Email:  george.davis@lw.com  
         Hugh.murtagh@lw.com  
         tj.li@lw.com  
         brian.rosen@lw.com  
         jon.weichselbaum@lw.com  

Jordi Guso  
Florida Bar No. 0863580  
**BERGER SINGERMAN LLP**  
1450 Brickell Avenue, Suite 1900  
Miami, FL 33131  
Telephone:  (305) 755-9500  
Email:  jguso@bergersingerman.com  

– and –

Andrew D. Sorkin (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
555 Eleventh Street, NW, Suite 1000  
Washington, D.C. 2004  
Telephone:  (202) 637-2200  
Email:  andrew.sorkin@lw.com  

– and –

Whit Morley (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
330 North Wabash Avenue, Suite 2800  
Chicago, IL 60611  
Telephone: (312) 876-7700  
Email: whit.morley@lw.com  

*Co-Counsel for the Plaintiffs*